**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHERYL LYNN HEAVY RUNNER,<br><br>Defendant. | CR 15-24-GF-BMM<br><br><br><br>**ORDER** |

The United States Probation Office filed a Petition to extend Defendant Heavy Runner's period of probation on April 24, 2017. (Doc. 51.) The Court conducted a hearing on the Petition on May 11, 2017. (Doc. 54.) Heavy Runner admitted to the two violations contained in the Petition. (Doc. 54.) The Court possesses the authority to extend Heavy Runner's term of probation under 18 U.S.C. § 3564(b), in light of the holding of a hearing and the below maximum

original sentence. Heavy Runner's probation term is set to expire on June 6, 2017. The Court extends this term to end on December 6, 2017.

Accordingly, IT IS ORDERED:

1. Defendant's term of probation is extended by six months. The probation term now is set to terminate on December 6, 2017.

DATED this 11th day of May, 2017.

Brian Morris
United States District Court Judge